IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SIZEMORE,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS & ELECTRIC RETIREMENT PLAN and EMPLOYEE BENEFIT COMMITTEE OF THE PACIFIC GAS & ELECTRIC RETIREMENT PLAN,<br><br>    Defendants.<br>                                   / | No. C 13-00169 WHA<br><br>**ORDER REQUESTING IN CAMERA SUBMISSION** |

    The parties have filed a discovery dispute regarding two redacted documents and one document withheld by defendants' on the basis of attorney-client privilege. Defendants shall file under seal un-redacted copies of all three documents for *in camera* review by **JUNE 5 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 4, 2013.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE