SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY
RETIREMENT PLAN and EMPLOYEE BENEFIT
COMMITTEE OF THE PACIFIC GAS AND
ELECTRIC RETIREMENT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SIZEMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY RETIREMENT PLAN AND EMPLOYEE BENEFIT COMMITTEE OF THE PACIFIC GAS AND ELECTRIC RETIREMENT PLAN,,<br><br>    Defendants. | Case No. C13-0169 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE BRIEF AND SUBMIT EVIDENCE REGARDING DELEGATION OF AUTHORITY TO MEMBERS OF THE EMPLOYEE BENEFITS APPEAL COMMITTEE PURSUANT TO THE PLAN TERMS |

Having reviewed Defendants' Motion for Administrative Relief for Leave to File Brief and Submit Evidence Regarding Delegation of Authority to Members of the Employee Benefits Appeal Committee Pursuant to the Plan Terms, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion for Administrative Relief is GRANTED as follows:

**June 12 at noon**

(1) On or before _____, Defendants shall file a brief not to exceed 5 pages addressing the issue of the delegation of authority to the members of the Employee Benefits Appeal Committee pursuant to the Pacific Gas & Electric Company Retirement Plan ("Plan") terms, attaching a declaration with supporting evidence.

(2) ~~Within 7 days of the filing of Defendants' brief,~~ Plaintiff may file a brief not to exceed 5 pages in response to Defendants' brief by **June 14 at noon**.

(3) The Court will rule on Defendants' Motion for Summary Judgment on the Standard of Review and to Deny Discovery after the parties have submitted supplemental briefing in accordance with this Order.

**IT IS SO ORDERED.**

DATED: June 10, 2013.

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*

15754408v.1

2

[PROPOSED] ORDER GRANTING DEFS' MOTION FOR ADMINISTRATIVE RELIEF
- CASE NO. C 13-0169 WHA