IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SIZEMORE, | No. C 13-00169 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING FURTHER BRIEFING** |
| PACIFIC GAS & ELECTRIC RETIREMENT PLAN and EMPLOYEE BENEFIT COMMITTEE OF THE PACIFIC GAS & ELECTRIC RETIREMENT PLAN, | |
| Defendants. | |

At a hearing on defendants' motion for summary judgment, plaintiff contended for the first time that the standard of review should be *de novo* due to an improper delegation of authority by a member of the PG&E appeals committee, Mr. Hyun Park, to another PG&E employee, Mr. Sanford Hartman. A subsequent order granted defendants' administrative motion for supplemental briefing on this issue. In connection with this supplemental briefing, defendants produced new documents to plaintiff.

Contrary to what was said at the hearing, plaintiff now concedes that his argument regarding Mr. Hartman was incorrect (Dkt. No. 45 at 1). Based on the newly-produced documents, however, plaintiff raises another new argument regarding the standard of review. Plaintiff now argues that Mr. Park was not properly serving on the appeals committee, and therefore had no authority to delegate to Mr. Hartman.

Plaintiff complains that defendants have once again failed to produce a relevant document necessary to analyze this new issue: a June 21, 2006 resolution. Because there has not yet been any formal discovery in this matter, the basis for plaintiff's complaint is that defendants failed to identify this document in their initial or supplemental disclosures. Plaintiff, however, refused to stipulate to allowing the 2006 resolution into the record.

Defendants argue that the 2006 resolution establishes that Mr. Park was in fact a proper member of the appeals committee and have filed an administrative motion to add the 2006 resolution to the record. Defendants explain that they failed to produce the document because its substance was referenced in a footnote of another document already in the record, and up until plaintiff's most recent submission, defendants "did not see the need for further authentication of the June 21, 2006 Resolution" (Dkt. No. 47 at 2).

Defendants' request to submit the 2006 resolution is **GRANTED**. Defendants shall submit the 2006 resolution, a declaration authenticating it, and up to two pages of argument relating to the 2006 resolution by **JUNE 18 AT NOON**. Plaintiff may file a response not to exceed four pages by **JUNE 20 AT NOON**. At this point, the summary judgment briefing will be closed; no new arguments will be permitted.

**IT IS SO ORDERED.**

Dated: June 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE