IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SIZEMORE,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS & ELECTRIC RETIREMENT PLAN and EMPLOYEE BENEFIT COMMITTEE OF THE PACIFIC GAS & ELECTRIC RETIREMENT PLAN,<br><br>    Defendants. | No. C 13-00169 WHA<br><br>**ORDER EXTENDING TIME TO RESPOND TO MOTION TO RELATE** |

On December 13, plaintiff filed an administrative motion to determine whether a newly filed case should be related to this action (Dkt. No. 64). The parties have now filed a stipulated request to extend the time for defendants to respond to the motion from December 19 to December 23 (Dkt. No. 66). The stipulated request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 16, 2016.

                                                    WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE